IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00020-WYD-MJW

IDS PROPERTY CASUALTY INSURANCE COMPANY, a Wisconsin corporation,

Plaintiff(s),

v.

BENJAMIN DAY and
ISABELLE VACHON DAY, individuals,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion for Protective Order (docket no. 19) is GRANTED finding good cause shown.  The written Protective Order (docket no. 19-1) is APPROVED and made an Order of Court.

Date: April 24, 2015