IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00020-WYD-MJW

IDS PROPERTY CASUALTY INSURANCE COMPANY, a Wisconsin corporation,

Plaintiff(s),

v.

BENJAMIN DAY and
ISABELLE VACHON DAY, individuals,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion to Modify Scheduling Order to Extend Discovery Deadline and Dispositive Motions Deadline (Docket No. 23) is granted.  Accordingly, the Scheduling Order (Docket No. 17) is amended as follows.  The discovery cut-off is now December 16, 2015, and the dispositive motion deadline is now January 13, 2016.

Date: November 5, 2015